## 43626.   BOWMAN v. BERLIN.

EBERHARDT, Judge.   The striking of an answer or of an amendment thereto is not a final judgment from which an appeal will lie.   *Norbo Trading Corp. v. Wohlmuth*, 223 Ga. 258 (154 SE2d 224); *Hood v. Akins*, 114 Ga. App. 733 (152 SE2d 704).

> *Appeal dismissed.   Felton, C. J., and Whitman, J., concur.*

ARGUED MAY 6, 1968—DECIDED OCTOBER 11, 1968.

*J. Wadley Petit*, for appellant.
*Oliver, Maner & Gray, Abe Tenenbaum*, for appellee.